# United States Court of Appeals
## For the First Circuit

No. 06-2465

MASSAMONT INSURANCE AGENCY, INC.,

Plaintiff, Appellant,

v.

UTICA MUTUAL INSURANCE COMPANY,

Defendant, Appellee.

ERRATA

The opinion of this court issued on June 7, 2007, should be amended as follows:

On page 8, line 5, replace "note 2" with "note 1."